# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
NOV - 1 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOEL PATINO-HERNANDEZ ,<br><br>               Defendant. | CASE NO. 12cr4036-LAB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

     8:1326(a)and(b) - Attempted Reentry of Removed Alien

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/1/2012

                                           Ruben B. Brooks
                                           U.S. Magistrate Judge